RECEIVED

FEB 2 3 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Trenton
Office

February 23, 2007
Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: Vinnie Russoniello
Deputy Clerk   Jackie Gore

Title of Case:                                    Docket CR.06-697-01(FLW)

U.S.A.
   V
VICTOR KARA
(PRESENT)

Appearances:

Jonathan D. Levy, AUSA for Govt.
Gregory V. Sharkey, Esq. For Deft.


Nature of Proceedings: SENTENCING

Motion by deft. For downward departure.
Court Ordered Motion Denied.

Dr. Catherine Barber SWORN for Deft.

18 Months Impr. 3 years Supervised Release w/Special Conditions.
Fine Waived.
Special Assessment: $100.00
Court Ordered deft. To voluntary surrender.
Court Ordered bail continued as previously set.


Commenced: 10:30 AM
Adjourned: 12:30 PM

                                    S/Jacqueline Gore
                                    Deputy Clerk